IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHRISTINE SEIBEL,** | ) FILED: MARCH 17, 2009 |
| | ) 09CV1674 |
| **Plaintiff,** | ) JUDGE GOTTSCHALL |
| | ) MAGISTRATE JUDGE MASON |
| v. | ) BR |
| | ) |
| **J & S ASSOCIATES,** | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

NOW COMES the Plaintiff, CHRISTINE SEIBEL, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her complaint against the Defendant, J & S ASSOCIATES, Plaintiff states as follows:

### I. PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), 15 U.S.C. §1692, et seq.

### II. JURISDICTION & VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. §1692 et seq., and pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

### III. PARTIES

4. CHRISTINE SEIBEL, (hereinafter, "Plaintiff") is an individual who was at all relevant times residing in the City of Des Plaines, County of Cook, State of Illinois.

5. J & S ASSOCIATES, (hereinafter, "Defendant") is a business entity engaged in the collection of debt within the State of Illinois.

6. In its dealings with Plaintiff, Defendant held itself out as being a company collecting a debt allegedly owed by Plaintiff to Citibank.

7. At all relevant times, Plaintiff was a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

8. At all relevant times, Defendant acted as a debt collector as that term is defined by 15 U.S.C. §1692a(6).

## IV. ALLEGATIONS

9. On or about March 3, 2009, Plaintiff received a telephone call from Defendant, attempting to collect a debt allegedly owed by Plaintiff to Citibank.

10. Upon information and belief, the debt upon which Defendant was attempting to collect is more than ten (10) years old.

11. The alleged debt of Plaintiff was incurred for personal, family, or household services.

12. During the course of the aforementioned telephone call to Plaintiff, Defendant stated that Defendant had initiated a lawsuit against her and that summons and subpoena were on the way to her and should be there during the course of the forthcoming week.

13. Defendant further advised Plaintiff that she had a court date of on or about March 20, 2009.

14. Upon information and belief, no lawsuit has been filed by Defendant against Plaintiff.

15. In its attempts to collect the debt allegedly owed by Plaintiff to Citibank, Defendant violated the FDCPA, 15 U.S.C. §1692 in one or more of the following ways:

   a. Represented or implied that nonpayment of any debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action in violation of 15 U.S.C. §1692e(4);

   b. Threatened to take action that cannot legally or is not intended to be taken in violation of 15 U.S.C. §1692e(5);

   c. Used any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning the consumer in violation of 15 U.S.C. §1692e(10);

   d. Was otherwise deceptive and failed to comply with the provisions of the FDCPA.

16. As a result of Defendant's violations as aforesaid, Plaintiff has suffered, and continues to suffer, personal humiliation, embarrassment, mental anguish and emotional distress.

### V. JURY DEMAND

17. Plaintiff hereby demands a trial by jury on all issues so triable.

### VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, CHRISTINE SEIBEL, by and through her attorneys, respectfully prays for judgment as follows:

   a. All actual compensatory damages suffered;

   b. Statutory damages of $1,000.00;

   c. Plaintiff's attorneys' fees and costs;

   d. Any other relief deemed appropriate by this Honorable Court.

                                                Respectfully submitted,
                                                **CHRISTINE SEIBEL**


                                                **By:**    s/ David M. Marco
                                                          Attorney for Plaintiff

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone:   (312) 222-9028
Facsimile:    (888) 418-1277
E-Mail:       dmarco@smithlaw.us