# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHRISTINE SEIBEL, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 1:09-CV-01674 |
| v. | ) Judge: Gottschall |
| | ) |
| JOSEPH & STEPHENS ASSOCIATES, | ) ) |
| Defendant. | ) |

## ORDER OF JUDGMENT

This matter having come before this Honorable Court on Plaintiff's Motion for Default Judgment, due notice having been given, the Court having been fully advised, and an order of Default having previously been entered against Defendant,

IT IS HEREBY ORDERED:

Judgment is entered in favor of Plaintiff, CHRISTINE SEIBEL, and against Defendant, JOSEPH & STEPHENS ASSOCIATES, as follows:

1. $1,000 statutory damages for Defendant's violation of the Fair Debt Collection Practices Act.

2. $2,000 actual damages, as established by Plaintiff's affidavit, for Defendant's violation of the Fair Debt Collection Practices Act.

3. $3,495.00 for Plaintiff's attorneys' fees.

4. $528.58 for Plaintiff's costs.

5. Total Judgment in the amount of $7,023.58.

_____
Honorable Joan B. Gottschall
United States District Judge

Dated: OCT 01 2009